IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO ARIAS, | ) | NO. CIV.S-99-0627 WBS DAD DP |
| Petitioner, | ) | **CAPITAL CASE** |
| v. | ) | |
| ROBERT L. AYERS, Warden, | ) | **ORDER** |
| San Quentin State Prison, | ) | |
| Respondent. | ) | |

     Petitioner requests an extension of time to file a request to extend by seven days the time for filing the Second Amended Petition.  See Doc. 155.  Respondent has no opposition to this request.

     Good cause appearing, Petitioner's request is granted.  The time for filing Petitioner's Second Amended Petition is extended through and including January 16, 2009.

DATED: January 5, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/arias0627.eot