IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,              ) | NO. CIV.S-99-0627 WBS DAD DP |
|                           ) | |
|     Petitioner,           ) | **CAPITAL CASE** |
|                           ) | |
|     v.                    ) | |
|                           ) | **ORDER** |
| ROBERT L. AYERS, Warden,  ) | |
|     San Quentin State Prison, ) | |
|                           ) | |
|     Respondent.           ) | |

Petitioner requests a one (1) court day extension of time to file in which to file the Second Amended Petition. Respondent has no opposition to this request.

Good cause appearing, Petitioner's request is granted. The time for filing Petitioner's Second Amended Petition is extended through and including Tuesday, January 20, 2009.

DATED: January 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/arias0627.ord.eot