IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>　　Petitioner,<br><br>　v.<br><br>R.K. WONG, Warden,<br>San Quentin State Prison,<br><br>　　Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

　　The parties have stipulated to a ninety (90) day continuance of the status conference currently set for February 13, 2009.

　　Good cause appearing, the status conference currently set for February 13, 2009, is continued until May 15, 2009, at 10:00 a.m..

DATED: February 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/arias0627.stipord