IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO ARIAS, | ) | NO. CIV.S-99-0627 WBS DAD DP |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| R.K. WONG, Warden, | ) | |
| San Quentin State Prison, | ) | |
| | ) | |
| Respondent. | ) | |

The parties have stipulated to a ninety (90) day continuance of the status conference currently set for May 15, 2009.

Good cause appearing, the status conference currently set for May 15, 2009 is continued until August 14, 2009, at 10:00 a.m.

DATED: May 14, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/arias0627.contstatus