IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>　　Petitioner,<br><br>　　v.<br><br>R.K. WONG, Warden,<br>　　San Quentin State Prison,<br><br>　　Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

　　The parties have stipulated to a ninety (90) day continuance of the status conference currently set for August 14, 2009.

　　Good cause appearing, the status conference currently set for August 14, 2009 is continued until October 23, 2009, at 10:00 a.m.

DATED: August 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/arias0627.contstatus(2)