IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO ARIAS, | ) | NO. CIV.S-99-0627 WBS DAD DP |
| Petitioner, | ) | **CAPITAL CASE** |
| v. | ) | **ORDER** |
| R.K. WONG, Warden,<br>    San Quentin State Prison, | ) | |
| Respondent. | ) | |

The parties have stipulated to a continuance of the status conference currently set for January 8, 2010, to July 16, 2010, and extension of time for petitioner to file a reply or traverse or other appropriate pleading until 21 days after that date or such other date as the Court may set at that status conference.

Good cause appearing, the status conference currently set for January 8, 2010, is continued until Friday, July 16, 2010, at 10:00 a.m. The time for petitioner to file a reply or traverse or other appropriate pleading is extended until August 6, 2010.

DATED: January 7, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/arias0627.contstatus(3)