FILED

JUL 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS, | NO. CIV.S-99-0627 WBS DAD DP |
| Petitioner, | **CAPITAL CASE** |
| v. | **DAD**<br>(~~Proposed~~)<br>**ORDER** |
| R.K. WONG, Warden,<br>San Quentin State Prison, | |
| Respondent. | |

The parties have stipulated to a continuance of the status conference currently set for July 16, 2010, to September 17, 2010, and extension of time for petitioner to file a reply or traverse or other appropriate pleading until 21 days after that date or such other date as the Court may set at that status conference.

Good cause appearing, the status conference currently set for July 16, 2010, is continued until Friday, September 17, 2010, at 10:00 a.m. The time for petitioner to file a reply or traverse or other appropriate pleading is extended until Friday, October 8, 2010.

DATED: 7/15/10

_Dale A. Drozd_
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE