

FILED

SEP 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ARIAS,

    Petitioner,

    v.

R.K. WONG, Warden,
    San Quentin State Prison,

    Respondent.

NO. CIV.S-99-0627 WBS DAD DP

**CAPITAL CASE**

~~(Proposed)~~
**ORDER**

The parties have stipulated to a continuance of the status conference currently set for September 17, 2010, to October 29, 2010, and extension of time for petitioner to file a reply or traverse or other appropriate pleading until 21 days after that date or such other date as the Court may set at that status conference.

Good cause appearing, the status conference currently set for September 17, 2010, is continued until Friday, October 29, 2010, at 10:00 a.m. The time for petitioner to file a reply or traverse or other appropriate pleading is extended until Friday, November 19, 2010.

DATED: 9/16/10

_____
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE