IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO ARIAS, | ) | NO. CIV.S-99-0627 WBS DAD DP |
| Petitioner, | ) | **CAPITAL CASE** |
| v. | ) | |
| | ) | **ORDER** |
| VINCE CULLEN, Warden, | ) | |
| San Quentin State Prison, | ) | |
| Respondent. | ) | |

The parties have stipulated to a continuance of the status conference currently set for October 29, 2010, to December 10, 2010 and extension of time for petitioner to file a reply or traverse or other appropriate pleading until 21 days after that date or such other date as the Court may set at that status conference.

Good cause appearing, the status conference currently set for October 29, 2010, is continued until Friday, December 10, 2010, at 10:00 a.m.  The time for petitioner to file a reply or traverse or other appropriate pleading is extended until Friday, December 31, 2010.

IT IS SO ORDERED.

DATED: October 29, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

arias0627.o