


FEB 23 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br>Petitioner,<br>v.<br>VINCE CULLEN, Warden, San Quentin State Prison,<br>Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br>**CAPITAL CASE**<br>~~(Proposed)~~<br>**ORDER** |

The parties have stipulated to a continuance of the status conference currently set for February 25, 2011, to April 22, 2011 and have submitted a scheduling proposal for petitioner to file a reply or traverse or other appropriate pleading, as set forth in the parties' stipulation. The status conference currently set for February 25, 2011, is continued until Friday, April 22, 2011, at 10:00 a.m.

Good cause appearing, it is hereby ordered that:

By April 22, 2011, petitioner will have completed a working draft of the reply or traverse, except for such matters as might appear potentially within the scope of the questions presented in *Walker v. Martin,* United States Supreme Court case no. 09-996.

If *Walker* is decided before the April 22, 2011, status conference, Petitioner will complete and file the reply or traverse within 60 days after the status conference, i.e., June 21, 2011. If *Walker* is decided after the status conference, but before the end of the 2010-2011 term, the

traverse will be filed within 60 days after the decision is issued. If *Walker* is not decided by June 30, 2011 (the end of the current United States Supreme Court term), petitioner will file the reply or traverse no later than August 29, 2011.

DATED: 2/23/11

HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE