IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ARIAS,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.

No. CIV S-99-0627 WBS DAD

DEATH PENALTY CASE

ORDER

Within twenty days of the filed date of this order, petitioner shall file a brief on the impact of Cullen v. Pinholster, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings. Within twenty days after petitioner files his brief, respondent shall file a responsive brief. Within ten days thereafter, petitioner may file a reply.

IT IS SO ORDERED.

DATED: April 15, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

arias pin.or