IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO ARIAS, | ) | NO. CIV.S-99-0627 WBS DAD DP |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| VINCE CULLEN, Warden, | ) | |
| San Quentin State Prison, | ) | |
| | ) | |
| Respondent. | ) | |

The parties have stipulated to a continuance of the status conference currently set for April 22, 2011, to July 1, 2011, with the expectation that on or before June 21, 2011, petitioner's counsel will file a reply or traverse or other appropriate pleading, as set forth in the parties' stipulation.

Good cause appearing, it is hereby ordered that:

By June 21, 2011, petitioner will file the reply or traverse or other appropriate pleading. The status conference currently set for April 22, 2011, is continued until Friday, July 1, 2011, at 10:00 a.m.

DATED: April 20, 2011.

dad1:capital
arias.eot.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE