IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>    v.<br><br>VINCE CULLEN, Warden,<br>    San Quentin State Prison,<br><br>    Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

The parties have filed a joint request to modify the briefing schedule and continue the status conference currently set for July 1, 2011, to October 28, 2011, with the expectation that on or before August 29, 2011, petitioner's counsel will file a reply or traverse or other appropriate pleading, which will also address the impact of *Cullen v. Pinholster*, __U.S. __, 2011 WL 1225705 (April 4, 2011) on this matter, as set forth in the parties' joint request.

Good cause appearing, IT IS HEREBY ORDERED that:

By August 29, 2011, petitioner will file the reply or traverse or other appropriate pleading. which will also address the impact of *Cullen v. Pinholster*, __U.S. __, 2011 WL 1225705 (April 4, 2011) here. Within another thirty days, respondent will submit a responsive pleading addressing the impact of *Pinholster* here and petitioner may submit any reply within fourteen days thereafter. The status conference currently set for July 1, 2011, is continued until Friday, October 28, 2011, at 10:00 a.m.

/////

1

The dates set in the Order filed April 18, 2011, Doc. 204, are vacated.

DATED: June 6, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1:capital
arias93cv627.stipo