IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS, ) | NO. CIV.S-99-0627 WBS DAD DP |
| ) | |
| Petitioner, ) | **CAPITAL CASE** |
| ) | |
| v. ) | |
| ) | **ORDER** |
| VINCE CULLEN, Warden, ) | |
| San Quentin State Prison, ) | |
| ) | |
| Respondent. ) | |

Petitioner has filed an unopposed request to modify the briefing schedule and extend by two weeks the time in which to prepare and file the traverse, from August 29, 2011 to September 12, 2011, which will also address the impact of *Cullen v. Pinholster*, __U.S. __, 2011 WL 1225705 (April 4, 2011) on this matter.

Good cause appearing, it is hereby ordered that:

By September 12, 2011, petitioner will file the reply or traverse or other appropriate pleading, which will also address the impact of *Cullen v. Pinholster*, 563 U.S. __, 131 S. Ct. 1388, 179 L. Ed.2d 557 (2011) here.  Within another thirty days, respondent will submit a responsive pleading addressing the impact of *Pinholster* here and petitioner may submit any reply

///

///

///

///

1

1 within fourteen days thereafter. The status conference set for November 10, 2011, at 10:00 a.m.
2 remains as scheduled.
3 DATED: August 19, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8 ddad1.capital
arias0627.ord.modifybrfsched.ord

2