IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>    v.<br><br>VINCE CULLEN, Warden,<br>    San Quentin State Prison,<br><br>    Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

    Petitioner has filed an unopposed request to modify the briefing schedule and extend by 3 days the time in which to prepare and file the traverse, from September 12, 2011, to September 15, 2011, which will also address the impact of *Cullen v. Pinholster*, __U.S. __, 2011 WL 1225705 (April 4, 2011) on this matter.

    Good cause appearing, it is hereby ordered that:

    By September 15, 2011, petitioner will file the reply or traverse or other appropriate pleading, which will also address the impact of *Cullen v. Pinholster*, 563 U.S. __, 131 S.Ct. 1388, 179 L.Ed.2d 557 (2011) here.  Within another thirty days, respondent will submit a responsive pleading addressing the impact of *Pinholster* here and petitioner may submit any reply

////

////

////

////

1

1 within fourteen days thereafter.  The status conference set for November 10, 2011, at 10:00 a.m.
2 remains as scheduled.
3 DATED: September 12, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8 dad1.capital
arias0627.ord.modifybrfsched2.wpd