IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS, | NO. CIV.S-99-0627 WBS DAD DP |
| Petitioner, | **CAPITAL CASE** |
| v. | |
| VINCE CULLEN, Warden,<br>   San Quentin State Prison, | **ORDER** |
| Respondent. | |

Petitioner has filed an unopposed request to modify the briefing schedule and extend by 4 days the time in which to prepare and file the traverse, from September 15, 2011, to September 19, 2011, which will also address the impact of *Cullen v. Pinholster*, 563 U.S. __, 131 S. Ct. 1388 (2011) on this matter.

Good cause appearing, it is hereby ordered that:

By September 19, 2011, petitioner shall file the reply or traverse or other appropriate pleading, which will also address the impact of *Cullen v. Pinholster* here. Within another thirty days, respondent will submit a responsive pleading addressing the impact of *Pinholster* here and petitioner may submit any reply within fourteen days thereafter. The status conference set for November 10, 2011, at 10:00 a.m. remains as scheduled.

DATED: September 15, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1
capital.arias0627.ord.modifybrfsched3

1