IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>    v.<br><br>VINCE CULLEN, Warden,<br>    San Quentin State Prison,<br><br>    Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

Petitioner has filed an unopposed request to modify the briefing schedule and extend by 3 days the time in which to prepare and file the traverse, from September 19, 2011, to September 22, 2011, which will also address the impact of *Cullen v. Pinholster*, 563 U.S. __, 131 S. Ct. 1388 (2011) on this matter.

Good cause appearing, it is hereby ordered that:

By September 22, 2011, petitioner shall file the reply or traverse or other appropriate pleading, which will also address the impact of *Cullen v. Pinholster* here. Within another thirty days, respondent will submit a responsive pleading addressing the impact of *Pinholster* here and petitioner may submit any reply within ten days thereafter. The status conference set for November 10, 2011, at 10:00 a.m. remains as scheduled.

DATED: September 20, 2011.

dad1:capital
arias0627.ord.modifybrfsched4

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1