IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ARIAS,

    Petitioner,

vs.

WARDEN, San Quentin State Prison

    Respondent.
_____/

No. CIV S-99-0627 WBS DAD

DEATH PENALTY CASE

ORDER

    The parties have submitted a joint statement in which they agree upon a schedule for these proceedings. (Doc. No. 231.) The court finds the parties' proposed schedule to be reasonable. Accordingly, IT IS HEREBY ORDERED as follows:

    1. Petitioner's memorandum of points and authorities regarding the application of 28 U.S.C. § 2254(d) to each claim in the second amended petition shall be filed by August 10, 2012. Respondent's opposition shall be filed by April 12, 2013. Petitioner's reply shall be filed by August 12, 2013. Each memorandum shall be complete in and of itself and shall not incorporate by reference prior briefing.

    2. On Friday, March 16, 2012, at 10:00 a.m. in courtroom #27, the undersigned will hold a status conference. Prior to the conference, the parties shall meet and confer regarding

1

1 exhaustion. By the close of business on March 8, 2012, the parties shall file a joint statement describing which, if any, claims respondent contends are unexhausted and petitioner's position with respect to each of those claims. If the parties are not in agreement regarding exhaustion, they shall also propose a plan for resolving the exhaustion issues.

3. The scheduling conference set for December 13, 2011 before the undersigned is taken off calendar.

DATED: December 9, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

arias 2254d brf.or