IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO ARIAS,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**ROBERT L. AYERS, Warden of the California State Prison at San Quentin,**<br><br>　　　　　　　　　　Respondent. | Case No. CIV S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

　　The parties have filed a joint request to modify the briefing schedule regarding the joint statement on exhaustion and to continue the status conference currently scheduled for March 16, 2012, as set forth in the parties' joint request.

　　GOOD CAUSE APPEARING, it is hereby ordered that: The status conference currently scheduled for March 16, 2012, at 10:00 a.m., is continued to Thursday, May 3, 2012, at 10:00 a.m. On or before Thursday, April 26, 2012, the parties shall file a joint statement describing which, if any, claims Respondent contends are unexhausted and Petitioner's position with respect to each of those claims. If the parties are not in agreement regarding exhaustion, they shall also propose a plan for resolving the exhaustion issues.

Dated: March 8, 2012

　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Capital.arias.exh.eot.or.doc

1