IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO ARIAS,** | Case No. CIV S-99-0627 WBS DAD DP |
| Petitioner, | **CAPITAL CASE** |
| v. | **ORDER** |
| **ROBERT L. AYERS, Warden of the California State Prison at San Quentin,** | |
| Respondent. | |

The parties have filed a joint request to modify the briefing schedule regarding the joint statement on exhaustion and to continue the status conference currently scheduled for May 3, 2012, as set forth in the parties' joint request. GOOD CAUSE APPEARING, it is hereby ordered that: The status conference currently scheduled for May 3, 2012, at 10:00 a.m., is continued to Thursday, June 21, 2012, at 10:00 a.m. On or before Thursday, June 14, 2012, the parties shall file a joint statement describing which, if any, claims Respondent contends are unexhausted and Petitioner's position with respect to each of those claims. If the parties are not in agreement regarding exhaustion, they shall also propose a plan for resolving the exhaustion issues.

Dated: April 26, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.capital
Arias.exh.conf.eot.or.doc