IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ARIAS,

    Petitioner,                      No. CIV S-99-0627 WBS DAD

    vs.                                  DEATH PENALTY CASE

WARDEN, San Quentin State Prison

    Respondent.                    <u>ORDER</u>

_____/

        In a June 19, 2012 Order, the court found petitioner established good cause for an extension of time to file his brief regarding the application of 28 U.S.C. § 2254(d) to each claim in the Second Amended Petition. (Dkt. No. 248.) As noted in the order, respondent has no opposition to an extension of time. Petitioner has proposed new filing dates, which extend the time for each parties' filings by over five months. While the court finds the suggested new dates to be appropriate, petitioner is warned that he will be required to make a showing of extraordinary circumstances to justify any additional requests for extensions of time for the filing his opening brief in light of the lengthy extensions that have been granted.

        Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

////

1. Petitioner's opening points and authorities regarding the application of 28 U.S.C. § 2254(d) to each claim in the Second Amended Petition shall be filed by January 18, 2013.

2. Respondent's opposition shall be filed by September 19, 2013 and petitioner's reply is due January 19, 2014.

DATED: August 8, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

arias 2254d brf.eot