IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO ARIAS,

    Petitioner,

vs.

WARDEN, San Quentin State Prison

    Respondent.
_____/

No. CIV S-99-0627 WBS DAD

DEATH PENALTY CASE

ORDER

    Petitioner has filed an unopposed request to modify the briefing schedule.

    Petitioner has shown extraordinary circumstances for the request and his motion (Dkt. No. 252) is therefore granted. Petitioner is granted an initial three month extension of time for filing his brief regarding 28 U.S.C. §2254(d), through April 18, 2013, with an ultimate filing date of July 17, 2013. On or before April 18, 2013, petitioner will submit a detailed progress report, together with any request for extension of time through July 17, 2013. The corresponding

/////
/////
/////
/////

1

1  due dates for respondent's opposition would be April 23, 2014, and for petitioner's reply would
2  be on August 21, 2014.
3        IT IS SO ORDERED.
4  DATED: January 16, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  arias 2254d brf.eot2