IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS, | |
| Petitioner, | No. CIV S-99-0627 WBS DAD |
| vs. | DEATH PENALTY CASE |
| WARDEN, San Quentin State Prison | |
| Respondent. | ORDER |

Good Cause Appearing, IT IS HEREBY ORDERED that the Request To Seal Documents and Confidential Declaration Of Petitioner's Counsel, totaling 5 pages in length, submitted ex parte by petitioner on January 15, 2013 with this (proposed) Order, in support of Petitioner's Request To Modify Briefing Schedule, shall be filed under seal by the Clerk and remain sealed except as to petitioner's counsel, Peter Giannini and Tim Brosnan, pending further order of the Court.

DATED: January 16, 2013.

arias eot seal.or

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1