UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS, | No. 2:99-cv-0627 WBS DAD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Petitioner has filed an unopposed request to modify the briefing schedule. (ECF No. 263.)

Good cause appearing, it is hereby ordered that: petitioner is granted a six month extension of time for filing his brief regarding 28 U.S.C. §2254(d), through April 15, 2014. Respondent's opposition will be due on or before January 15, 2015, and petitioner's reply on or before May 15, 2015.

Dated: October 15, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1

1
2   arias 2254d brf.eot4
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28