UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Warden, San Quentin State Prison,<br><br>　　　　Respondent. | Case No. CIV-S-99-0627 WBS DAD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER RE: EX PARTE MOTION TO RELIEVE COUNSEL** |

The Court has reviewed petitioner's counsel's Ex Parte Motion for Order Relieving Counsel and supporting declaration. Good cause appearing, the motion (ECF No. 265) is GRANTED.

It is HEREBY ORDERED that Peter Giannini be relieved as petitioner's counsel and that Tim Brosnan be affirmed as lead counsel .

Dated:  February 4, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

arias mtn to dism csl.or