UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS, | No. 2:99-cv-0627 WBS DAD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Petitioner seeks referral of his case to the Selection Board for recommendation of second counsel to replace attorney Peter Giannini, who was granted leave to withdraw in February. Good cause appearing, petitioner's request is granted. The Selection Board shall recommend second counsel to represent petitioner.

Petitioner also seeks an extension of the due date for his opening brief on the application of 28 U.S.C. § 2254(d) to each claim in the petition. Currently, that brief is due April 15, 2014. Petitioner informs the court that respondent opposes this request for an extension of time. Within

/////
/////
/////
/////
/////

1

five days of the filed date of this order, respondent shall file an opposition to petitioner's March 17, 2014 Motion (ECF No. 267.)

IT IS SO ORDERED.

Dated: March 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

arias selection bd ref.or