IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Warden,<br>　　San Quentin State Prison,<br><br>　　　Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

　　　Petitioner has filed an unopposed request for extension of time deferring the due date on submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims through and including October 15, 2014.

　　　Good cause appearing, it is hereby ordered that: the due date for submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is deferred through and including October 15, 2014.

Dated:  September 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Arias 2254d eot

1