IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden,<br>    San Quentin State Prison,<br><br>    Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

Petitioner has filed an unopposed request for extension of time deferring the due date on submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims through and including Wednesday, January 14, 2015.

Good cause appearing, it is hereby ordered that petitioner's December 12 request (ECF No. 279) is GRANTED. The due date for submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is deferred through and including January 14, 2015.

Dated:  December 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Arias 2254d brf.eot9

1