IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS, | NO. CIV.S-99-0627 WBS DAD DP |
| Petitioner, | **CAPITAL CASE** |
| v. | |
| KEVIN CHAPPELL, Warden, San Quentin State Prison, | **ORDER** |
| Respondent. | |

Petitioner has filed an unopposed request for extension of time deferring the due date on submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims through and including Friday, February 13, 2015.

Good cause appearing, it is hereby ordered that: the due date for submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is deferred through and including February 13, 2015.

Dated: January 13, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Arias 2254d brf.eot10

1