IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS, | NO. CIV.S-99-0627 WBS DAD DP |
| Petitioner, | **CAPITAL CASE** |
| v. | |
| WARDEN, San Quentin State Prison, | **ORDER** |
| Respondent. | |

Petitioner has filed a request for extension of time deferring the due date on submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims through and including Wednesday, April 15, 2015.

Good cause appearing, it is hereby ordered that petitioner's March 13, 2015 motion (ECF No. 286) is GRANTED. The due date for submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is deferred through and including April 15, 2015.

Dated: March 16, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Arias 2254d brf.eot12

1