IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    San Quentin State Prison,<br><br>    Respondent. | NO. CIV.S-99-0627 WBS DAD DP<br><br>**CAPITAL CASE**<br><br>**ORDER** |

The parties have stipulated to a continuance of the due date for petitioner's opening brief regarding application of 28 U.S.C. § 2254(d) to all claims in the petition, from the current due date of April 15, 2015, to Tuesday, May 31, 201<u>6</u>.

Good cause appearing, it is hereby ordered that: the due date for submission of petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is deferred through and including Tuesday, May 31, 2016.

Dated: April 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Arias 2254d brf.eot13

1