UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:99-cv-0627 WBS DB<br><br>DEATH PENALTY CASE<br><br><br><br>ORDER |

Petitioner's counsel has submitted an unopposed request for an extension of time in which to file petitioner's brief regarding the application of 28 U.S.C. § 2254(d) to all claims. Good cause appearing, it is hereby ordered that:

    1.    Petitioner's June 7, 2017 Motion for an Extension of Time (ECF No. 329) is granted; and

////
////
////
////
////
////
////

1

2. The time in which to file petitioner's brief regarding the application of 28 U.S.C. § 2254(d) to all claims is extended from June 13, 2017, through and including Monday, September 11, 2017.

Dated: June 15, 2017

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders.capital/arias.2254d brf.eot3