IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br>    San Quentin State Prison,<br><br>    Respondent. | NO. CIV.S-99-0627 WBS DB<br><br>**CAPITAL CASE**<br><br>**ORDER** |

Petitioner's counsel has submitted an unopposed request for extension of time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims from March 27, 2018, through and including, Tuesday, May 29, 2018.

Good cause appearing, it is hereby ordered that:

1. Petitioner's March 21, 2018 Motion for an Extension of Time (ECF No. 342) is granted; and

2. The time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is extended from March 27, 2018, through and including Tuesday, May 29, 2018.

DATED: March 22, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/orders.capital/arias2254d brf.eot7

1