IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br>　　San Quentin State Prison,<br><br>　　Respondent. | NO. 2:99-cv-0627 WBS DB<br><br><u>CAPITAL CASE</u><br><br>ORDER |

Petitioner's counsel has submitted an unopposed request for extension of time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims from May 29, 2018, through and including, Tuesday, July 31, 2018.

Good cause appearing, it is hereby ordered that:

1. Petitioner's May 25, 2018 Motion for an Extension of Time (ECF No. 344) is granted; and

2. The time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) is extended from May 29, 2018, through and including Tuesday, July 31, 2018.

DATED: May 30, 2018

　　　　　　　　　　　　　　　　　　　　/s/  DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders-capital.arias 2254d brf.eot7

1