IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br>    San Quentin State Prison,<br><br>    Respondent. | NO. 2:99-cv-0627 WBS DB<br><br>**CAPITAL CASE**<br><br>**ORDER** |

Petitioner's counsel has submitted an unopposed request for extension of time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims from July 31, 2018, see Order, Doc. 345, through and including Monday, October 1, 2018,.

Good cause appearing, it is hereby ordered that:

1. Petitioner's July 30, 2018 Motion for an Extension of Time (ECF No. 346) is granted; and

2. The time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is extended from July 31, 2018 through and including October 1, 2018.

DATED: July 31, 2018

                                                    /s/ DEBORAH BARNES
                                                  UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders-capital/arias 2254d brf.eot8

1