IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PEDRO ARIAS, | ) | NO. CIV.S-99-0627 WBS DB |
|---|---|---|
| Petitioner, | ) | CAPITAL CASE |
| v. | ) | |
| WARDEN, | ) | ORDER |
| San Quentin State Prison, | ) | |
| Respondent. | ) | |

Petitioner's counsel has submitted an unopposed request for extension of time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for an Extension of Time (ECF No. 348) is granted; and

2. The time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is extended from September 29, 2018, through and including December 27, 2018.

Dated: October 11, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders-capital/arias 2254d brf.eot9

1