IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO ARIAS, | ) | No. 2:99-cv-0627 WBS DB |
| Petitioner, | ) | CAPITAL CASE |
| v. | ) | |
| WARDEN, | ) | ORDER |
| San Quentin State Prison, | ) | |
| Respondent. | ) | |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's unopposed motion for an extension of time (ECF No. 366) is granted; and

2. The time in which to file petitioner's brief regarding application of 28 U.S.C. § 2254(d) to all claims is extended from December 26, 2019 through February 24, 2020.

Dated: December 26, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/orders.capital/arias 2254d brf.eot16

1