IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARIAS,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    San Quentin State Prison,<br><br>    Respondent. | No. 2:99-cv- 0627 WBS DB<br><br>CAPITAL CASE<br><br><br>ORDER |

The Court has read and considered the Motion to Dismiss Petition as Moot filed by counsel for Petitioner PEDRO ARIAS.

FOR GOOD CAUSE SHOWN, the motion to dismiss (ECF No. 376) is granted. Based upon the death of Mr. Arias, IT IS HEREBY ORDERED that the petition in this action is dismissed as moot.

Dated: October 26, 2020

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB:9/arias final or

1